# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARKUS J. WOODRING,** | : | CIVIL ACTION NO. 1:18-CV-1158 |
| Plaintiff | : | |
| v. | : | (Chief Judge Conner) |
| **REPUBLICAN CAUCUS OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES**, *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 27th day of March, 2019, upon consideration of defendants' motion (Doc. 5) to dismiss the complaint (Doc. 1) of plaintiff Markus J. Woodring ("Woodring") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and the parties' respective briefs in support of and in opposition to said motion, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 5) to dismiss is GRANTED to the following extent:

    a. Counts I, II, III, IV, V, VII, and VIII are DISMISSED with prejudice for lack of jurisdiction as to the Republican Caucus of the Pennsylvania House of Representatives.

    b. Counts IV, V, VII, and VIII are DISMISSED with prejudice as to all individual defendants in their official capacities.

    c. Count V is DISMISSED without prejudice as to all individual defendants in their personal capacities except defendant Missy Haga Croman.

    d. Counts IV, VI, VII, and VIII are DISMISSED without prejudice as to all individual defendants in their personal capacities.

2. The motion (Doc. 5) is DENIED to the extent it seeks dismissal of Count V as to defendant Missy Haga Croman in her personal capacity.

3. The Clerk of Court shall TERMINATE the Republican Caucus of the Pennsylvania House of Representatives as a defendant in the above-captioned action.

4. The Clerk of Court shall further TERMINATE Karen Coates as a defendant in the above-captioned action pursuant to Federal Rule of Civil Procedure 25(a).

5. Woodring is granted leave to amend his complaint within 21 days of the date of this order to the extent authorized by paragraph 1 above and the court's memorandum opinion of today's date. If Woodring fails to file an amended pleading within the time allotted, the above-captioned matter shall proceed on Count V against defendant Missy Haga Croman in her personal capacity.

6. Woodring shall SHOW CAUSE within 21 days of the date of this order why the above-captioned action should not be dismissed as to the unidentified and unserved John and Jane Doe defendants pursuant to Federal Rule of Civil Procedure 4(m). See FED. R. CIV. P. 4(m).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania