# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARKUS J. WOODRING, | : | Civil No. 1:18-CV-01158 |
| Plaintiff, | : | |
| v. | : | |
| THE HONORABLE MIKE TURZAI, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of May, 2020, in accordance with the accompanying memorandum of law, **IT IS ORDERED** Defendants' motion to dismiss and strike, Doc. 41, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1) The motion to dismiss is **GRANTED** in that Counts I, III, IV, and V, as well as Count II against Defendants Turzai, Reed, and Eaton, are **DISMISSED WITH PREJUDICE**;

2) The motion to dismiss is **DENIED** in all other respects; and

3) The motion to strike is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants Turzai, Reed, and Eaton are **DISMISSED** from this action, and a status call is scheduled for **June 16, 2020, at 10:00 a.m.** to discuss the case management deadlines in this matter. Plaintiff

shall initiate the call and have all parties on the line prior to calling chambers at (717) 221-3970.

                                                s/Jennifer P. Wilson
                                                JENNIFER P. WILSON
                                                United States District Court Judge
                                                Middle District of Pennsylvania